ANGIE VAN DRESER, Appellant, v. JAMES TINKELPAUGH and Others, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

HENRIETTA C. WEINSTOCK, as Administratrix, etc., of LOUIS WEINSTOCK, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. HENRIETTA C. WEINSTOCK, Appellant, v. STATE OF NEW YORK, Respondent. BLANCHE R. STEIGMAN, Appellant, v. STATE OF NEW YORK, Respondent.*— Judgments affirmed, with one bill of costs. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur; Davis and Whitmyer, JJ., dissent. [130 Misc. 800.]

In the Matter of the Application of WILFERN BEATTY (Formerly WILFERN RICKETTS) for a Mandamus Order against THE BOARD OF MANAGERS OF THE BINGHAMTON CITY HOSPITAL and the NURSES TRAINING SCHOOL COMMITTEE OF THE BINGHAMTON CITY HOSPITAL.— Motion granted by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOSEPH C. DEARSTINE, Respondent, v. FAYETTE D. DUNCKEL and Another, Appellants. OTTO FRANK and Others, Respondents.— Order amended by changing the provision in regard to the allowance of costs so as to read as follows: " With costs of this appeal to the appellants, to abide the event, against the respondents filing briefs in this court." Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

W. E. HEDGER COMPANY, INC., Respondent, Appellant, v. DELAWARE AND HUDSON COMPANY, Appellant, and RENSSELAER AND SARATOGA RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ.

FLORIDA GABOURY, as Ancillary Administrator, etc., of AIME GABOURY, Deceased, Respondent, v. CENTRAL VERMONT RAILWAY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Was valid service of process, in this action, made upon the defendant? Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of EDWIN B. SALISBURY, as Administrator, etc., of ALIDA S. SALISBURY, Deceased.— Settled.

N. W. MATHEY, Respondent, v. WALKER LA ROW and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JAMES LITTRELL and Another, Appellants, v. THE ALLEMANIA FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: 1. Had the Appellate Division power, in this action, to modify its former judgment and decision so as to provide that the complaint was dismissed without prejudice? 2. Was plaintiffs' demand for an appraisal, after the first complaint had been dismissed, permitted by the policy? 3. Were plaintiffs barred from bringing this action by the limitation as to time contained in the policy? Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

JESSE STILES, Appellant, v. WILLIAM A. ROBESON and Another, Respondents.†— Orders appealed from unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.